UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MICHAEL RODRIGUEZ, | Case No. 2:22-cv-00602-JDP (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |
| v. | |
| PATRICK COVELLO, *et al.*, | ECF No. 19 |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 19. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 19, is granted.

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:    March 7, 2023                              _____
                                                                                JEREMY D. PETERSON
                                                                                UNITED STATES MAGISTRATE JUDGE