UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MICHAEL RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK COVELLO, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-00602-JDP (PC)<br><br>ORDER; FINDINGS & RECOMMENDATIONS |

On December 5, 2022, I screened plaintiff's amended complaint and notified him that, while some of his claims were cognizable, he could not proceed with all of his claims in the same action. ECF No. 18. I granted him thirty days to file an amended complaint or an advisement indicating his intent to stand by his current complaint, subject to a recommendation that claims and parties be dismissed. On March 7, 2023, I granted plaintiff's motion for an extension of time to file an amended complaint. ECF No. 20. On May 22, 2023, plaintiff filed a request for status, so I directed the Clerk's Office to re-serve on plaintiff both the December 5 screening order and the March 7 order granting him additional time to file an amended complaint. Plaintiff did not respond within thirty days of being re-served with those court orders, and so, on July 10, 2023, I ordered him to show cause within twenty-one days why this action should not be dismissed. ECF No. 22. I warned him that failure to comply with that order would result in a recommendation that this action be dismissed. *Id.* at 2.

1

The deadline has passed, and plaintiff has not filed an amended complaint or otherwise responded.

Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a District Judge to this matter.

Further, it is hereby RECOMMENDED that:

1. This action be dismissed without prejudice for failure to prosecute and failure to comply with court orders for the reasons set forth in the July 10, 2023 order.

2. The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response shall be served and filed within fourteen days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:    September 18, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2