1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRIAN MICHAEL RODRIGUEZ,                No.  2:22-cv-00602-DJC-JDP (PC)

12                  Plaintiff,

13          v.                               ORDER

14   PATRICK COVELLO, *et al.*,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On September 18, 2023, the Magistrate Judge filed findings and

21   recommendations herein which were served on Plaintiff and which contained notice to

22   Plaintiff that any objections to the findings and recommendations were to be filed

23   within fourteen days.  Plaintiff has not filed objections to the findings and

24   recommendations.

25          The Court presumes that any findings of fact are correct.  *See Orand v. United*

26   *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law

27   are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007)

28   ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the

                                            1

district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed September 18, 2023, are adopted in full;

2.  This action is dismissed without prejudice for failure to prosecute and failure to comply with court orders for the reasons set forth in the July 10, 2023 order; and

3.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **November 17, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2